Michael Freiman, Esq. (SBN 280716)
LAW OFFICE OF MICHAEL FREIMAN
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1022
Email: mike@employlegal.com

Attorney for Plaintiff ALVARO OSEGUERA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO OSEGUERA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 2:26-CV-00027-TLN-CSK**<br><br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Chi Soo Kim<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER GRANTING JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

The Court, having reviewed the Parties' Joint Stipulation to Modify the Initial Pretrial Scheduling Order and for Leave to File First Amended Complaint (the "Stipulation") and the supporting Declaration of Michael Freiman, and good cause appearing, HEREBY ORDERS as follows:

1. The Stipulation is APPROVED.

2. Section II of the Initial Pretrial Scheduling Order (ECF No. 5) is modified for good cause under Federal Rule of Civil Procedure 16(b)(4) to permit the filing of the First Amended Complaint.

3. Plaintiff is granted leave to file the First Amended Complaint in the form attached as Exhibit A to the Stipulation. Plaintiff shall file and serve the First Amended Complaint within five (5) days of the date of this Order.

4. Defendant shall file its responsive pleading to the First Amended Complaint within twenty-three (23) days after it is filed and served, without waiving any of its objections and defenses to the First Amended Complaint.

IT IS SO ORDERED.

DATED: July 30, 2026

Troy L. Nunley
Chief United States District Judge