Michael Freiman, Esq. (SBN 280716)
LAW OFFICE OF MICHAEL FREIMAN
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1022
Email: mike@employlegal.com

Attorney for Plaintiff ALVARO OSEGUERA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO OSEGUERA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. 2:26-CV-00027-TLN-CSK**<br><br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Chi Soo Kim<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO CONTINUE THE FACT DISCOVERY DEADLINE** |

**ORDER GRANTING JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER TO CONTINUE THE FACT DISCOVERY DEADLINE**

The Court, having reviewed the Parties' Joint Stipulation to Modify the Initial Pretrial Scheduling Order to Continue the Fact Discovery Deadline (the "Stipulation") and the supporting Declaration of Michael Freiman, and good cause appearing under Federal Rule of Civil Procedure 16(b)(4), HEREBY ORDERS as follows:

1. The Stipulation is APPROVED.
2. Section III of the Initial Pretrial Scheduling Order (ECF No. 5) is modified as follows: all fact discovery shall be completed no later than the later of (a) April 5, 2027, or (b) three hundred sixty-five (365) days from the date on which Defendant files its answer to Plaintiff's First Amended Complaint. Section III is otherwise unchanged.

3. All other provisions of the Initial Pretrial Scheduling Order remain in effect. Any deadlines established by Sections IV, V, VI, or VII that are calculated by reference to the completion of fact discovery shall be calculated in accordance with the existing terms of the Initial Pretrial Scheduling Order based upon the applicable fact discovery completion date established by Paragraph 2 above. Nothing in this Order otherwise modifies the manner in which any deadline under Sections IV through VII is calculated.

IT IS SO ORDERED.

DATED: November 2, 2026

Troy L. Nunley
Chief United States District Judge